Daniel L. Pace
PACE LAW OFFICES
101 E 9th Ave, Ste 7A
Anchorage, AK 99501
Telephone: (907) 222-4003
Facsimile: (907) 222-4006
Dan@PaceLawOffices.com

ATTORNEY FOR PLAINTIFF
Travis Buntin

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| TRAVIS BUNTIN, | |
| Plaintiff, | |
| -vs- | |
| SCHLUMBERGER TECHNOLOGY CORPORATION, and AARON BOOGAERTS | |
| Defendants. | |

Case No. 3AN-16-5240 CI

## COMPLAINT

COMES NOW the Plaintiff Travis Buntin through his attorney, Daniel Pace of the Pace Law Offices, and alleges the following as his complaint:

### JURISDICTIONAL ALLEGATIONS

1. This is an action to recover overtime compensation under the Alaska Wage and Hour Act pursuant to AS 23.10.110(a), (b), and (c) and AS 23.10.060.

PACE
LAW OFFICES
101 E 9th Ave, Ste 7A
Anchorage, AK 99501
Tel: 907-222-4003
Fax: 907-222-4006
PaceLawOffices.com

Complaint
*Buntin v. Schlumberger Technology Corp. et al.*, Case No. 3AN-16-5240    Page 1 of 4
Exhibit B  Page 1 of 4
Case 3:16-cv-00073-TMB   Document 1-2   Filed 04/06/16   Page 1 of 4

2. At all times relevant herein, plaintiff was an employee of defendants and a resident of the Third Judicial District, State of Alaska.

3. At all times relevant herein, defendant Schlumberger Technology Corporation was a Texas corporation with an office located in Anchorage, AK and an employer of plaintiff.

4. At all times relevant herein, defendant Aaron Boogaerts was a resident of the Third Judicial District, State of Alaska and was an employer of plaintiff.

5. The Superior Court has jurisdiction over this action pursuant to AS 22.10.020 as plaintiff is seeking a recovery of money damages in excess of $100,000.00, exclusive of costs, interest, and attorney fees.

6. Venue is proper in the third judicial district pursuant to AS 22.10.030 and Alaska Rule of Civil Procedure 3(c) as the arose and in Anchorage, Alaska.

## GENERAL ALLEGATIONS

7. Defendants are in the business of supplying technology for oil and gas development here in the State of Alaska.

8. Plaintiff and defendants entered into an employment contract at or around June 6, 2009 where defendants hired plaintiff as an Operator and eventually promoted him to Specialist in October 2013.

9. A term of the employment contract required defendants to pay plaintiff severance pay in the event plaintiff's employment was terminated.

10. Plaintiff worked in excess of 40 hours per week and 8 hours per day.

PACE
LAW OFFICES
101 E 9th Ave, Ste 7A
Anchorage, AK 99501
Tel 907-222-1004
Fax 907-222-4006
PACELAWOFFICES.COM

Complaint
*Buntin v. Schlumberger Technology Corp. et al.*, Case No. 3AN-16-_____ Page 2 of 4
**Exhibit B Page 2 of 4**
Case 3:16-cv-00073-TMB   Document 1-2   Filed 04/06/16   Page 2 of 4

11. Defendants did not pay plaintiff overtime wages for any time worked in excess of 40 hours per week or 8 hours per day.

12. On February 15, 2016, defendants terminated plaintiff's employment.

13. Defendants breached the employment contract by failing to pay plaintiff severance wages within three working days of termination.

## COUNT I

### Breach of Contract

14. The previous paragraphs are incorporated herein.

15. Plaintiff and defendants entered into a contract where defendants were to pay plaintiff severance pay upon termination of the employment contract.

16. Defendants breached the contract when they terminated plaintiff and failed to pay plaintiff severance pay.

17. Plaintiff has been harmed by defendants' breach.

## COUNT II

### Failure to Pay Overtime, AS 23.10.060

18. The previous paragraphs are incorporated herein.

19. Plaintiff was an employee of defendants.

20. Plaintiff worked over 8 hours in a day or 40 hours in a week.

21. Defendant failed to pay plaintiff overtime when it was due.

22. Plaintiff has been harmed by defendant's conduct.

PACE
LAW OFFICES
101 E 9th Ave. Ste 7A
Anchorage, AK 99501
Tel: 907-222-1004
Fax: 907-222-1006
PaceLawOffices.com

Complaint
*Buntin v. Schlumberger Technology Corp. et al.*, Case No. 3AN-16-_____ Page 3 of 4
**Exhibit B Page 3 of 4**
Case 3:16-cv-00073-TMB Document 1-2 Filed 04/06/16 Page 3 of 4

# PRAYER FOR RELIEF

WHEREFORE, the plaintiff requests that he be awarded the following relief:

1. An award of damages for past overtime wages.

2. An award of damages for defendants' failure to pay plaintiff severance wages within three working days of termination.

3. An award of liquidated damages in an amount to be proven at trial.

4. An award of prejudgment interest, post judgment interest, costs and attorney's fees incurred in bringing this action.

5. Any additional relief, including equitable relief, the Court deems appropriate under the circumstances.

DATED this 7th day of March, 2016, at Anchorage, Alaska.

PACE LAW OFFICES
Attorney for Plaintiff
Travis Buntin

Daniel I. Pace
Alaska Bar No. 1305008

PACE
LAW OFFICES
101 E 9th Ave, Ste 7A
Anchorage, AK 99501
Tel: 907-222-1006
Fax: 907-222-1006
PaceLawOffices.com

Complaint
*Buntin v. Schlumberger Technology Corp. et al.*, Case No. 3AN-16-_____ Page 4 of 4
**Exhibit B Page 4 of 4**
Case 3:16-cv-00073-TMB Document 1-2 Filed 04/06/16 Page 4 of 4